Case 1:25-mj-03075-DRM Document 1 Filed 11/24/25 Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 1 2025

TAMMY H. DOWNS, CLERK
By: [signature] DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

UNITED STATES OF AMERICA ) No. 2:25CR 003 LPR
)
v. )
)
LEROY TAYLOR, ) 21 U.S.C. § 846
KENNETH WAYNE FOWLER, and ) 21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B)
MELODY NICOLE SYLVIA )

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From on or about July 21, 2024, until on or about July 24, 2024, in the Eastern District of Arkansas and elsewhere, the defendants,

LEROY TAYLOR,
KENNETH WAYNE FOWLER, and
MELODY NICOLE SYLVIA

voluntarily and intentionally conspired with each other, and with others unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, more than 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

### COUNT 2

From on or about July 21, 2024, until on or about July 24, 2024, in the Eastern District of Arkansas and elsewhere, the defendants,

LEROY TAYLOR,
KENNETH WAYNE FOWLER, and
MELODY NICOLE SYLVIA



3

voluntarily and intentionally conspired with each other, and with others unknown to the Grand Jury, to knowingly and intentionally distribute, and possess with intent to distribute, 500 grams or more, but less than 5 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

**FORFEITURE ALLEGATION 1**

Upon conviction of Counts 1 or 2 of this Indictment, the defendants, LEROY TAYLOR, KENNETH WAYNE FOWLER, and MELODY NICOLE SYLVIA, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense

**FORFEITURE ALLEGATION 2**

Upon conviction of Count 1 or 2 of this Indictment, the defendants, LEROY TAYLOR, KENNETH WAYNE FOWLER, and MELODY NICOLE SYLVIA, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

**FORFEITURE ALLEGATION 3**

Upon conviction of Count 1 or 2 of this Indictment, the defendants, KENNETH WAYNE FOWLER, LEROY TAYLOR, and MELODY NICOLE SYLVIA, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[End of text. Signature page to follow.]

☐ NO TRUE BILL.



TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
United States Attorney

By Bart Dickinson
Bar Number 98143
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: bart.dickinson@usdoj.gov